**Corey Jermaine MAPP, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.**

No. 01–7510.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 9, 2002.

Corey Jermaine Mapp, Appellant Pro Se. Thomas Drummond Bagwell, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Corey Jermaine Mapp appeals the district court's order adopting the magistrate judge's recommendation and dismissing his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001) as time-barred under the Antiterrorism and Effective Death Penalty Act (AEDPA). We have reviewed the record and the district court's opinion and find no reversible error. *See Hernandez v. Caldwell,* 225 F.3d 435 (4th Cir.2000). Further, we conclude Mapp is not entitled to equitable tolling of the AEDPA's one-year limitations period. *See Harris v. Hutchinson,* 209 F.3d 325 (4th Cir.2000). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*